# Thomas, Paul

| | |
|---|---|
| **From:** | Thomas, Paul |
| **Sent:** | Sunday, June 18, 2023 12:16 PM |
| **To:** | Thomas, Paul |
| **Subject:** | April resumption order |

**From:** Chu, Kenneth W. <Kenneth.Chu@nlrb.gov>
**Sent:** Thursday, April 27, 2023 4:36 PM
**To:** McGrath, John A. <John.McGrath@nlrb.gov>; Mitchell, Stephen <smitchell@fisherphillips.com>; Kacreane <kacreane@aol.com>; Gershengorn, Brian <bgershengorn@fisherphillips.com>; Kaufman, Seth <skaufman@fisherphillips.com>; Alito, Rosemary <Rosemary.Alito@klgates.com>; Barbatsuly, George P. <George.Barbatsuly@klgates.com>
**Cc:** Samsel, Aaron D. <Aaron.Samsel@nlrb.gov>; Dease, Jennifer F. <Jennifer.Dease@nlrb.gov>; Warwick, William <William.Warwick@nlrb.gov>; Wiese, Tyler <Tyler.Wiese@nlrb.gov>
**Subject:** Re: Healthbridge Conference March 22, 2023

Mr McGrath and all representatives,

1. Consistent with my prior order, all unproduced subpoena documents shall be produced by COB May 4, 2023. I expect the parties to coordinate their efforts to ensure that all documents are produced.
2. I would instruct the parties to prepare a list of witnesses for examination on May 16, 2023. I am not certain that all witnesses will be examined by the GC and other parties during the time we reconvene on May 16. As such, it would be helpful to call those witnesses that the parties will examine when we reconvene and have the others ready later in May.
3. I would expect the Respondents to produce the subpoenaed witnesses noted in the above email to the extent that it is the Respondents responsibility to do so and to communicate with the GC to those witnesses that the Respondents cannot secure for testimony.
4. I am encouraged that the parties are continuing their efforts on the joint employer/single enterprise stipulation.
5. I am available the week of May 8. I have a hearing that week but I can set aside a time and date for a status conference with the parties. Please inform me of your availability for that week. My own preference is for any time on May 8.

Judge Chu

**EXHIBIT A**